Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**TX 9-112-452**
**Effective Date of Registration:**
July 08, 2021
**Registration Decision Date:**
April 25, 2022

---

## Title

- **Title of Work:** LifeWise Curriculum

- **Content Title:** LifeWise Younger Kids Leader Guides
  LifeWise Older Kids Leader Guides
  LifeWise Younger Kids Activity Pages
  LifeWise Older Kids Activity Pages
  LifeWise Recap Cards
  LifeWise Activity Printables
  LifeWise Posters and Visuals

## Completion/Publication

- **Year of Completion:** 2019
- **Date of 1st Publication:** August 21, 2019
- **Nation of 1st Publication:** United States

## Author

- **Author:** Stand For Truth, Inc
- **Author Created:** text, artwork
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright Claimant

- **Copyright Claimant:** Stand For Truth, Inc
  PO Box 1179, Hilliard, OH, 43026, United States

## Limitation of copyright claim

Page 1 of 2

| | |
|---|---|
| Material excluded from this claim: | text, artwork |
| Previous registration and year: | TX0007881699 |
| New material included in claim: | text, artwork |

### Rights and Permissions

| | |
|---|---|
| Organization Name: | LIFEWAY CHRISTIAN RESOURCES |
| Address: | One LifeWay Plaza<br>Nashville, TN 37234 United States |

### Certification

| | |
|---|---|
| Name: | James Kresge |
| Date: | June 15, 2021 |