UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| **LIFEWISE, INC.** | : | CASE NO. 1:24-CV-00268 |
| **Plaintiff,** | : | |
| | : | **CHIEF JUDGE HOLLY A. BRADY** |
| vs. | : | |
| **ZACHARY PARRISH** | : | **CORPORATE DISCLOSURE** |
| | : | **STATEMENT** |
| **Defendant.** | : | |

Plaintiff LifeWise, Inc. ("Plaintiff") is an Ohio nonprofit corporation organized and exempt under Section 501(c)(3) of the Internal Revenue Code with a principal place of business in Hilliard, Ohio. Complaint (Doc. 1), ¶14. Plaintiff has no parent corporation, no publicly held corporation has an ownership interest in Plaintiff, and Plaintiff is not aware of any insurance carrier that may be liable in whole or in part, directly or indirectly, for a judgment in the above-captioned action or for the cost of defense.

The Court's jurisdiction is proper in this matter as it arises under federal law pursuant to 17 U.S.C. §§ 101 *et seq*. *See also* 28 U.S.C. § 1331 (federal question jurisdiction); 28 U.S.C. § 1338(a) (jurisdiction over copyright actions); Complaint (Doc. 1), ¶11.

Dated: July 3, 2024

Respectfully submitted,

s/ Joseph P. Ashbrook
Joseph P. Ashbrook (31682-15)
Chris-John H. Bosch (37157-79)
James S. Kresge
  (*pro hac vice* application forthcoming)
Ashbrook Byrne Kresge LLC

PO Box 8248
Cincinnati, Ohio 45249
Tel: (513) 582-7424
Fax: (513) 216-9882
jpashbrook@ashbrookbk.com
cjhbosch@ashbrookbk.com
jskresge@ashbrookbk.com

*Attorneys for Plaintiff LifeWise, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that, on July 3, 2024, a copy of the foregoing was filed electronically. The same will be sent by certified mail along with the summons and a copy of the complaint to the following:

Mr. Zachary Parrish
6051 Radcliffe Dr.
Fort Wayne, Indiana 46816

/s/ Joseph P. Ashbrook
Joseph P. Ashbrook