**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | |
|---|---|
| LIFEWISE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO: 1:24-cv-000268 |
| | ) |
| ZACHARY PARRISH, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME**

Pursuant to N.D. Ind. L.R. 6-1(b), Defendant Zachary Parrish ("Defendant"), by counsel, submits his Notice of Automatic Extension of Time within which to answer or otherwise respond to Plaintiff's Complaint for a period of twenty-eight (28) days. Defendant's responsive pleading is currently due on or before July 29, 2024, and said deadline has not been previously extended. This extension will not interfere with any scheduled hearings or case deadlines. The Defendant's responsive pleading will now be due on or before August 26, 2024. Counsel for Defendant has communicated with Plaintiff's counsel about this extension, and Plaintiff has no objection.

Respectfully Submitted,

BARRETT MCNAGNY LLP

*/s/ William A. Ramsey*
William A. Ramsey, #26547-53
215 E. Berry Street
Fort Wayne, IN 46802
Telephone: (260) 423-9551
Fax: (260) 423-8920
Email: war@barrettlaw.com

*Attorneys for Plaintiff Zachary Parrish*

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 25th day of July, 2024, a copy of the foregoing document was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

               */s/ William A. Ramsey*
               William A. Ramsey