**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| LIFE WISE INC. ) | |
|   Plaintiff ) | |
| ) | |
|     v. ) | CAUSE NO.: 1:24-cv-268-HAB-SLC |
| ) | |
| ZACHARY PARRISH ) | |
|   Defendant ) | |

**NOTICE OF PRELIMINARY PRETRIAL CONFERENCE**
(Chief Judge Holly A. Brady)

In accordance with the Fed. R. Civ. P. 16 and N.D. Ind. L. R. 16-1(b), this cause is set for a telephonic Preliminary Pretrial Conference with Magistrate Judge Susan L. Collins on August 28, 2024 at 10:00 am (local time). Parties are to participate by counsel of record unless proceeding *pro se*. To connect to the conference, Parties should dial 833-568-8864, enter meeting ID: 161 6325 2172#, push # to skip entry of participant ID and enter passcode 039039# at least five minutes before the conference start time.

During the conference, the parties must be prepared to address the following:

Discovery/Pretrial Deadlines— Parties must file a proposed discovery plan under Fed. R. Civ. P. 26(f), **three business days** before the Preliminary Pretrial Conference, using Form 52 (Report of Parties' Planning Meeting) located in the Fed. R. Civ. P. Appendix of Forms. At the conference, the Magistrate Judge will approve or modify the parties' Rule 26(f) Plan. The Magistrate Judge will also address matters listed in Fed. R. Civ. P. 16(b) & (c).

ADR/Mediation—Parties are referred to Local Rule 16-6(b) regarding Alternative Dispute Resolution. If mediation is selected, the parties must identify the mediator in their Report of Parties' Planning Meeting. If the parties cannot agree on a mediator, the Court will make the selection.

Consent to Magistrate Judge: Counsel shall indicate whether their clients are willing to consent to transfer this case to a Magistrate Judge for all purposes, including trial, by executing the attached consent form. The attached consent form shall be executed and returned by either of the following means: by the United States mail, by personal delivery, by oral consent on the record during the preliminary pretrial conference or by email to fwclerks@innd.uscourts.gov. Pursuant to General Order 2018-2, counsel or parties shall submit their consent no later than 21 days after the preliminary pretrial conference.

Entry Date: July 30, 2024               S/ Mary Renz
                                        Deputy Clerk
                                        United States District Court

(10/07)