**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| LIFEWISE, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO: 1:24-cv-000268 |
| ZACHARY PARRISH, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Defendant Zachary Parrish ("Defendant"), by counsel, submits his Motion for Extension of Time within which to answer or otherwise respond to Plaintiff's Complaint, and states as follows:

1. Defendant has retained the undersigned as counsel in this matter.

2. Given the nature of this litigation, Defendant has also been in the process of locating additional counsel to assist him on a pro bono basis.

3. Defendant has now located pro bono counsel.

4. Pro bono counsel is located out of state, but plans on submitting a motion to appear pro hac vice in this matter in the near future.

5. Pro bono counsel, along with the undersigned, are in the process of preparing a responsive pleading to the Complaint under Federal Rule of Civil Procedure 12 and request additional time to prepare this motion.

6. Defendant does not believe that an extension of 14 days will unduly delay or prejudice this case.

7. The original deadline to answer the Complaint was July 29, 2024.

1

4271124

8. The extended deadline for Defendant to answer the Complaint is August 26, 2024.

9. The requested deadline for Defendant to answer the Compliant is September 9, 2024.

10. Counsel for Defendant has discussed with counsel for Plaintiff and the Plaintiff objects to this additional extension.

Respectfully Submitted,

BARRETT MCNAGNY LLP

*/s/ William A. Ramsey*
William A. Ramsey, #26547-53
215 E. Berry Street
Fort Wayne, IN 46802
Telephone: (260) 423-9551
Fax: (260) 423-8920
Email: war@barrettlaw.com

*Attorneys for Plaintiff Zachary Parrish*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2024, a copy of the foregoing document was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ William A. Ramsey*
William A. Ramsey

2

4271124