UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LifeWise, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>Zachary Parrish,<br><br>    Defendant. | Case No.: 1:24-cv-00268-SLC<br><br>Chief Judge Holly A. Brady<br><br>Magistrate Judge Susan L. Collins |

**PLAINTIFF LIFEWISE'S MOTION FOR SUMMARY JUDGMENT**

   Defendant Mr. Zachary Parrish's fair-use defense flies in the face of binding case law. Individuals may not infringe copyrights under the guise of fair use simply because they disagree with the values in the original creative work. Suppose a group of homeschooling parents created a "Parents Against Hollywood" website, where they uploaded pirated versions of entire Hollywood movies to educate other concerned parents about how they believe Hollywood is undermining the traditional family. When sued for copyright infringement, the parents argue that their "critical purpose" in posting the movies makes it fair use—and posting the entire movies is necessary so that other concerned parents can understand the full context and extent of Hollywood's pernicious strategies.

   That is exactly Parrish's contention here. Fair use does not countenance this absurd theory. And fair use is Parrish's *only* defense to LifeWise's copyright-infringement claim. Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56-1, the Court should grant summary judgment to LifeWise for the reasons laid out in the accompanying memorandum.

1

September 16, 2024

    Respectfully submitted,

    */s/ James S. Kresge*
    James S. Kresge (admitted *pro hac vice*)
    Joseph P. Ashbrook (31682-15)
    Andrew D. McCartney
    (*pro hac vice* application forthcoming)
    Ashbrook Byrne Kresge LLC
    PO Box 8248
    Cincinnati, Ohio 45249
    Tel: (513) 201-5775
    Fax: (513) 216-9882
    jpashbrook@ashbrookbk.com
    jskresge@ashbrookbk.com
    admccartney@ashbrookbk.com

## CERTIFICATE OF SERVICE

I certify that, on September 16, 2024, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which shall provide notification by email of such filing to all counsel of record.

/s/ James S. Kresge