IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LIFEWISE, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ZACHARY PARRISH<br><br>　　　　　Defendant. | Case No.: 1:24-cv-00268-HAB-SLC<br><br>Chief Judge Holly A. Brady<br><br>Magistrate Judge Susan L. Collins |

**REQUEST FOR ORAL ARGUMENT**

　　Pursuant to Local Rule 7-5(a), Defendant Zachary Parrish respectfully requests oral argument on his Motion to Dismiss for Failure to State a Claim (ECF No. 12). Mr. Parrish believes oral argument may assist the Court. The pending motion arises in an unusual procedural posture because Plaintiff LifeWise, Inc. has opposed Mr. Parrish's Motion and simultaneously moved for summary judgment, raising substantially the same facts and arguments in both motions. Moreover, this case and Mr. Parrish's Motion concern an issue of great public importance: the ability of parents to understand and discuss a controversial religious education program that their children may be encouraged to join. Finally, because the facts of this case are not disputed, oral argument may promote judicial efficiency by allowing the Court to raise any legal questions not addressed in the briefing.

Dated: September 23, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Corynne McSherry*
　　　　　　　　　　　　　　　　　　　　　　Corynne McSherry (*admitted pro hac vice*)

　　　　　　　　　　　　　　　　　　　　　　Mitchell L. Stoltz (*admitted pro hac vice*)

Victoria J. Noble (*admitted pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

William A. Ramsey, #26547-53
BARRETT MCNAGNY LLP
215 E. Berry Street
Fort Wayne, IN 46802
Telephone: (260) 423-9551
Fax: (260) 423-8920
Email: war@barrettlaw.com

*Attorneys for Defendant Zachary Parrish*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of September, 2024, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which shall provide notification by email of such filing to all counsel of record.

                                               */s/ Corynne McSherry*
                                                Corynne McSherry