UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LifeWise, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Zachary Parrish, <br><br> Defendant. | Case No.: 1:24-cv-00268-SLC <br><br> Chief Judge Holly A. Brady <br><br> Magistrate Judge Susan L. Collins |

**PLAINTIFF LIFEWISE'S RESPONSE TO DEFENDANT'S SECOND REQUEST FOR JUDICIAL NOTICE**

LifeWise opposes Parrish's request that the Court take judicial notice of out-of-context excerpts of LifeWise's website on a motion to dismiss. *See* ECF Nos. 29, 29-1, 29-2. As discussed in LifeWise's response to Parrish's motion to dismiss, the Court should not use judicial notice unless it converts Parrish's motion to dismiss to a motion for summary judgment. *See* Response to Motion to Dismiss ("Resp.") at 2–4 & n.1. Regardless, if the Court grants Parrish's request for judicial notice, it should also take judicial notice of Parrish's entire Website, https://parentsagainstlifewise.online, including the pages of the Website showing that Parrish uploaded LifeWise's entire Curriculum onto the Website. *See* Compl. ¶¶35–36. And as discussed in LifeWise's response to Parrish's motion to dismiss, the Court (after converting the motion to dismiss to a motion for summary judgment) should also take judicial notice of LifeWise's curriculum-review webpage, https://lifewise.tfaforms.net/4972189. *See* Resp. at 10 & n.2.

October 5, 2024

Respectfully submitted,

/s/ *James S. Kresge*
James S. Kresge (admitted *pro hac vice*)
Joseph P. Ashbrook (31682-15)
Andrew D. McCartney (admitted *pro hac vice*)
Ashbrook Byrne Kresge LLC
PO Box 8248
Cincinnati, Ohio 45249
Tel: (513) 201-5775
Fax: (513) 216-9882
jpashbrook@ashbrookbk.com
jskresge@ashbrookbk.com
admccartney@ashbrookbk.com

## CERTIFICATE OF SERVICE

I certify that, on October 5, 2024, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will provide notification by email of such filing to all counsel of record.

*/s/ James S. Kresge*
James S. Kresge