UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LifeWise, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Zachary Parrish,<br><br>    Defendant. | Case No.: 1:24-cv-00268-SLC<br><br>Chief Judge Holly A. Brady<br><br>Magistrate Judge Susan L. Collins |

## PLAINTIFF LIFEWISE'S RESPONSE TO DEFENDANT'S MOTION FOR ORAL ARGUMENT ON HIS MOTION TO DISMISS

Defendant Parrish has requested oral argument on his motion to dismiss. *See* Doc. No. 30. The Court typically decides even summary-judgment motions without oral argument. L.R. 56-1(g). LifeWise believes the parties' briefing clearly presents the legal issues, which will also be further elucidated in the parties' briefing on LifeWise's pending summary-judgment motion. However, should the Court determine that oral argument at the motion-to-dismiss stage would be helpful, LifeWise would be happy to participate. Should the Court grant oral argument on Parrish's motion to dismiss, LifeWise would also request oral-argument time to argue its motion for summary judgment.

October 5, 2024

        Respectfully submitted,

        */s/ James S. Kresge*
        James S. Kresge (admitted *pro hac vice*)
        Joseph P. Ashbrook (31682-15)
        Andrew D. McCartney (admitted *pro hac vice*)

1

Ashbrook Byrne Kresge LLC
PO Box 8248
Cincinnati, Ohio 45249
Tel: (513) 201-5775
Fax: (513) 216-9882
jpashbrook@ashbrookbk.com
jskresge@ashbrookbk.com
admccartney@ashbrookbk.com

## CERTIFICATE OF SERVICE

I certify that, on October 5, 2024, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will provide notification by email of such filing to all counsel of record.

*/s/ James S. Kresge*
James S. Kresge
