UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LifeWise, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Zachary Parrish, <br><br> Defendant. | Case No.: 1:24-cv-00268-SLC <br><br> Chief Judge Holly A. Brady <br><br> Magistrate Judge Susan L. Collins |

**JOINT MOTION FOR EXTENSION OF TIME FOR LIFEWISE TO REPLY IN SUPPORT OF ITS SUMMARY-JUDGMENT MOTION**

Pursuant to Local Rule 6-1, the parties hereby respectfully request a one-week extension of time for LifeWise to file its reply in support of its motion for summary judgment. The parties are engaged in settlement discussions that may render the filing of LifeWise's reply unnecessary. LifeWise's reply is currently due October 29, 2024. A one-week extension would make LifeWise's reply due November 5, 2024. There is no objection to the requested extension by any attorney.

October 23, 2024                    Respectfully submitted,

*/s/ James S. Kresge*
James S. Kresge (admitted *pro hac vice*)
Joseph P. Ashbrook (31682-15)
Andrew D. McCartney (admitted *pro hac vice*)
Ashbrook Byrne Kresge LLC
PO Box 8248
Cincinnati, Ohio 45249
Tel: (513) 201-5775
Fax: (513) 216-9882
jskresge@ashbrookbk.com

*Counsel for Plaintiff LifeWise, Inc.*

*/s/ William A. Ramsey*
William A. Ramsey, #26547-53
BARRETT MCNAGNY LLP
215 E. Berry Street
Fort Wayne, IN 46802
Telephone: (260) 423-9551
Fax: (260) 423-8920
Email: war@barrettlaw.com

*Counsel for Defendant Zachary Parrish*

## CERTIFICATE OF SERVICE

I certify that on October 23, 2024, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which shall provide notification by email of such filing to all counsel of record.

*/s/ James S. Kresge*
James S. Kresge