# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

---------------------------------------- X

LIFEWISE, INC.,                          :

          Plaintiff,     :     Case No.: 1:24-cv-000268

                          :

      v.                             :     Chief Judge Holly A. Brady

                          :     Magistrate Judge Susan L. Collins

MR. ZACHARY PARRISH,                     :

          Defendant.     :

---------------------------------------- X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff LifeWise, Inc., by and through undersigned counsel, hereby gives notice of its voluntary dismissal of this case with prejudice. The parties have entered into a settlement agreement resolving the dispute between them. Defendant has not answered or moved for summary judgment. Plaintiff also withdraws and terminates all pending motions submitted in this action.

Dated: 30th day of December, 2024

By: */s/ James S. Kresge*
James S. Kresge (admitted pro hac vice)
Joseph P. Ashbrook (31682-15)
Andrew D. McCartney (admitted *pro hac vice*)
ASHBROOK BYRNE KRESGE LLC
PO Box 8248
Cincinnati, Ohio, OH  45249
Telephone: (513) 201-5775
jskresge@ashbrookbk.com

*Attorneys for Plaintiff LifeWise, Inc.*

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal with Prejudice was served by filed electronically through the Court's CM/ECF system which shall provide notification by email of such filing to all counsel of record.

*/s/ James S. Kresge*
James S. Kresge